```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISIDRO MARTINEZ-CHAVEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00391 AWI |
|---|---|---|
| *Plaintiff*, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| ISIDRO MARTINEZ-CHAVEZ, | ) ) | |
| *Defendant*. | ) ) ) | Date: February 19, 2013<br>Time: 10:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Isidro Martinez-Chavez, that the status conference set for January 28, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to a fast track change of plea hearing on February 19, 2013 at 10:00 a.m.** before Judge Ishii.

The requested continuance is necessary to allow for plea discussions and the preparation of a presentence report.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 17, 2013

/s/ Megan A.S. Richards
MEGAN A.S. RICHARDS
Special Assistant United States Attorney
Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 17, 2013

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ISIDRO MARTINEZ-CHAVEZ


IT IS SO ORDERED.

Dated:   January 17, 2013

SENIOR  DISTRICT  JUDGE

MARTINEZ-CHAVEZ: Stipulation to Continue
Status Conference Hearing [PROPOSED ORDER]                2